United States District Court
Southern District of Texas
**ENTERED**
June 15, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| HUGO GARNELO, et al., | § | |
| | § | |
| Plaintiffs, | § | |
| VS. | § | CIVIL ACTION NO: 4:22-CV-0315 |
| | § | |
| YELLOWSTONE LANDSCAPE-CENTRAL, INC., | § § § | |
| Defendant. | | |

## FINAL JUDGMENT

Pursuant to the Memorandum Opinion and Order entered in this case on this date, the defendant's, Yellowstone Landscape-Central, Inc., motion for summary judgment under Rule 56 is **GRANTED**. The plaintiffs shall take nothing by their suit.

This is a **FINAL JUDGMENT**.

SIGNED on June 15, 2023, at Houston, Texas.

_____
Kenneth M. Hoyt
United States District Judge